**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **GREEN TREE SERVICING, LLC,** | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| **MISTY D. HAZEN, TRAILER DIVAS,** | ) | |
| **LLC, and MORENO'S MOBILE HOME** | ) | |
| **TRANSPORT, LLC,** | ) | |
| | ) | |
| Defendants. | ) | No. 3:11-CV-1313-M (BF) |
| | ) | |
| **RARE ENDOWMENT, LLC,** | ) | |
| Third-Party Plaintiff, | ) | |
| v. | ) | |
| **GREEN TREE SERVICING, LLC, JUSTIN** | ) | |
| **LYNN, STAYCI BRADFORD, TRAILER** | ) | |
| **DIVAS, LLC, and MORENO'S MOBILE** | ) | |
| **HOME TRANSPORT, LLC,** | ) | |
| Third-Party Defendants. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. No party filed any objections. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Rare Endowment's Motion to Remand is GRANTED. The case is remanded to the 40th Judicial District Court of Ellis County, Texas. All costs and fees are to be borne by the party incurring same.

**SO ORDERED** this 18th day of November, 2011.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS